UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRITTANIE N. WALLER, | CASE NO. CV 17-5883-AGR |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: May 7, 2018

ALICIA G. ROSENBERG
United States Magistrate Judge